IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **TREYNOR HATCHER** | § | |
| | § | **CIVIL ACTION NO. 2:17-cv-155** |
| v. | § | **JURY TRIAL** |
| | § | |
| **NUECES COUNTY, TEXAS** | § | |

## APPENDIX I
### Exhibit List in Support of Plaintiff's Response to Defendant's Motion for Summary Judgment

*This Appendix herein is incorporated by reference for all purposes within Plaintiff's Response to Defendant's Motion for Summary Judgment.*

| Exhibit # | Description |
|---|---|
| 1 | Photos extracted from video |
| 2 | Criminal history of Clifton Darling |
| 3 | Deposition of Charles Hatcher |