## XProtect Smart Client 2014 Surveillance Report

**Surveillance Report**

| | |
|---|---|
| Camera name: | Intake Holding Cell 6 |
| Image capture time: | 9/26/2016 7:20:15 PM (UTC-05:00) |
| Report print time: | 9/29/2016 2:49:12 PM (UTC-05:00) |
| User: | |
| User's note: | |

## XProtect Smart Client 2014 Surveillance Report

**Surveillance Report**

| Camera name: | Intake Holding Cell 6 |
|---|---|
| Image capture time: | 9/26/2016 8:47:28 PM (UTC-05:00) |
| Report print time: | 9/29/2016 2:55:28 PM (UTC-05:00) |
| User: | |
| User's note: | |

# XProtect Smart Client 2014 Surveillance Report

**Surveillance Report**

| | |
|---|---|
| Camera name: | Intake Holding Cell 6 |
| Image capture time: | 9/26/2016 8:47:33 PM (UTC-05:00) |
| Report print time: | 9/29/2016 2:57:05 PM (UTC-05:00) |
| User: | |
| User's note: | |

Copyright © Milestone Systems A/S - www.milestonesys.com    Page 1 of 1

# XProtect Smart Client 2014 Surveillance Report

**Surveillance Report**

| | |
|---|---|
| **Camera name:** | Intake Holding Cell 6 |
| **Image capture time:** | 9/26/2016 8:47:30 PM (UTC-05:00) |
| **Report print time:** | 9/29/2016 2:56:22 PM (UTC-05:00) |
| **User:** | |
| **User's note:** | |

Copyright © Milestone Systems A/S - www.milestonesys.com                    Page 1 of 1

# XProtect Smart Client 2014 Surveillance Report

**Surveillance Report**

| | |
|---|---|
| Camera name: | Intake Holding Cell 6 |
| Image capture time: | 9/26/2016 8:53:45 PM (UTC-05:00) |
| Report print time: | 9/29/2016 2:57:51 PM (UTC-05:00) |
| User: | |
| User's note: | |

Copyright © Milestone Systems A/S - www.milestonesys.com                Page 1 of 1

# XProtect Smart Client 2014 Surveillance Report

| Surveillance Report | |
|---|---|
| | *[Image: surveillance photo of a person in orange "Nueces Co. Jail" jumpsuit lying down in a cell]* |
| Camera name: | Intake Holding Cell 6 |
| Image capture time: | 9/26/2016 8:58:12 PM (UTC-05:00) |
| Report print time: | 9/29/2016 2:58:42 PM (UTC-05:00) |
| User: | |
| User's note: | |

# XProtect Smart Client 2014 Surveillance Report

**Surveillance Report**

| Camera name: | Intake Holding Cell 6 |
|---|---|
| Image capture time: | 9/26/2016 8:59:12 PM (UTC-05:00) |
| Report print time: | 9/29/2016 2:59:08 PM (UTC-05:00) |
| User: | |
| User's note: | |

# XProtect Smart Client 2014 Surveillance Report

**Surveillance Report**

| | |
|---|---|
| **Camera name:** | Intake Holding Cell 6 |
| **Image capture time:** | 9/26/2016 8:59:19 PM (UTC-05:00) |
| **Report print time:** | 9/29/2016 3:00:24 PM (UTC-05:00) |
| **User:** | |
| **User's note:** | |

Copyright © Milestone Systems A/S - www.milestonesys.com          Page 1 of 1

# XProtect Smart Client 2014 Surveillance Report

**Surveillance Report**

| | |
|---|---|
| Camera name: | Intake Holding Cell 6 |
| Image capture time: | 9/26/2016 9:02:24 PM (UTC-05:00) |
| Report print time: | 9/29/2016 3:00:56 PM (UTC-05:00) |
| User: | |
| User's note: | |

Copyright © Milestone Systems A/S - www.milestonesys.com    Page 1 of 1