# NUECES COUNTY SHERIFF'S OFFICE
# MUGSHOT PROFILE



| | |
|---|---|
| BOOKING: | 1606180009 |
| SID: | 10166854 |
| NAME LAST: | DARLING |
| FIRST: | CLIFTON |
| SUFFIX: | |
| RACE: | White |
| SEX: | Male |
| DATE OF BIRTH: | Dec 03, 1994 |
| HEIGHT: | 5'09" |
| WEIGHT: | 210 |
| ALIAS: | |
| HAIR COLOR: | BROWN |
| HAIR LENGTH: | SHORT ABOVE EARS |
| FACIAL HAIR: | NONE |
| EYE COLOR: | HAZEL |
| EYE CHARACTERISTICS: | NORMAL |
| GLASSES: | No |
| JEWELRY - NOSE: | NONE |
| JEWELRY - EAR: | NONE |
| TEETH: | SOME TEETH MISSING |
| FACIAL SCAR: | NONE |
| BUILD: | HEAVY |
| BODY SCAR: | NOT DETERMINED |
| CRIPPLED: | NONE |
| SMT TYPE 1: | SCAR |
| SMT LOC 1: | ARM |
| SMT DESC 1: | L-ARM - SLASHES |
| SMT TYPE 2: | TATTOO |
| SMT LOC 2: | LEG |
| SMT DESC 2: | L-INNER CALF "FTW" |
| MISSING LIMBS: | NONE |
| TYPE OF CRIME: | SEX OFFENSES |
| GANGS: | NO |
| PHOTO DATE: | Jun 18 2016 5:24AM |
| COMMENTS: | WO NONE |

```
NCX1.SO062988.ENR0109.
```

[REDACTED]
[REDACTED]
[REDACTED]
[REDACTED]

NAM/DARLING,CLIFTON.SEX/M.RAC/W.D[REDACTED].PUR/C.REQ/E NUNEZ 108463.OPR/E NUN
EZ 108463
TEXAS DEPARTMENT OF PUBLIC SAFETY COMPUTERIZED CRIMINAL HISTORY

THE FOLLOWING RECORD PERTAINS TO DPS NUMBER/TX 08095602
ADDITIONAL INFORMATION AVAILABLE FROM CORRECTION TRACKING SYSTEM (CTS)
THE FOLLOWING RECORD CONTAINS JUVENILE JUSTICE INFORMATION.

NAME(S)
DARLING,JOMES CLIFTON
DARLING,CLIFTON(AKA)
DARLING,CLIFTON JAMES(AKA)
DARLING,JAMES(AKA)
DARLING,JAMES CLIFTON(AKA)

| FBI NUMBER | DPS NUMBER | |
|---|---|---|
| 682749VC8 | TX 08095602 | |

| SOCIAL SECURITY | DRIVERS LICENSE | ID NUMBER |
|---|---|---|
| [REDACTED] | | |

| SEX | RACE | SKIN TONE |
|---|---|---|
| M | W | FAR |

| HEIGHT | WEIGHT | DATE OF BIRTH |
|---|---|---|
| 509 | 130 | [REDACTED] |

| HAIR COLOR | EYE COLOR | FINGERPRINT PATTERN |
|---|---|---|
| BRO | BRO | |

| AFIS FINGERPRINT | RIDGE COUNT | PRIMARY CLASS |
|---|---|---|
| RRRWSLALWL | | |

| PLACE OF BIRTH | CITIZEN | III CODE |
|---|---|---|
| GA | US | SINGLE-STATE |

SCARS, MARKS, AND TATTOOS          ALIAS DOB
SC L HND
SC L KNEE
SC LF ARM
SC R FT
SC R KNEE

DNA
Y

| DATE OF REPORT | ORIGINATION DATE | DATE OF LAST UPDATE |
|---|---|---|
| 09-29-2016 | 01-19-2008 | 09-20-2016 |

============================================================================

TOTAL ARRESTS        10
----------------------------------------------------------------------------
MOST RECENT OCCURRENCE      OFFENSE SUMMARY
06-17-2016                  1   AGG SEXUAL ASSLT

```
09-27-2013                          2  ASSAULT CAUSES BODILY INJ
08-19-2013                          2  ASSAULT CAUSES BODILY INJURY FAMILY MEMBER
12-29-2013                          1  ASSAULT CAUSES BODILY INJ FAMILY VIOLENCE ENH
11-15-2012                          1  ASSAULT FAM/HOUSE MEM IMPEDE BREATH/CIRCULAT
11-08-2010                          3  TERRORISTIC THREAT
03-30-2012                          1  FAIL TO IDENTIFY GIVING FALSE/FICTITIOUS INFO
06-17-2016                          1  INTERFER W/EMERGENCY REQ FOR ASSISTANCE
LAST ARRESTING AGENCY               TX1780200 - CORPUS CHRISTI PD
------------------------------------------------------------------------------
COURT SUMMARY (CONVICTIONS/ADJUDICATIONS)
   1  ASSAULT CAUSES BODILY INJ
   1  ASSAULT BI FAM/HOUSE MEM 2+ W/IN 12 MONTHS


------------------------------------------------------------------------------
LAST CUSTODY SUMMARY
AGENCY                  TX236065C - DEPT OF CRIMINAL JUSTICE HUNTSVILLE
STATUS DESCRIPTION      DISCHARGED
STATUS START DATE       12-17-2015
EXPIRATION DATE         12-17-2015

THIS IS SUMMARY DATA ONLY.  USE (QR) TO REQUEST A FULL RAP.
```

