```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
 2                     CORPUS CHRISTI DIVISION

 3

    TREYNOR HATCHER                    *
 4                                     *
    VS.                                *    CA NO. 2:17-CV-155
 5                                     *
    NUECES COUNTY, TEXAS, et al.  *
 6
                 -------------------------------------------
 7

                      THE ORAL DEPOSITION OF
 8
                         CHARLES HATCHER
 9
                        November 16, 2017
10
                 -------------------------------------------
11
                     A P P E A R A N C E S
12

13  ATTORNEY FOR TREYNOR HATCHER:

14            MR. CHRISTOPHER GALE
              Gale Law Group, PLLC
15            711 N. Carancahua, Suite 514
              Corpus Christi, Texas 78401
16

17  ATTORNEYS FOR NUECES COUNTY, TEXAS, et al.:

18            MR. JEFFREY R. PRUITT
              MS. JENNY C. CRON
19            Assistant Nueces County Attorneys
              901 Leopard Street, Room 207
20            Corpus Christi, Texas 78401

21

22  REPORTED BY: REBECCA A. HINOJOSA, C.S.R.

23

24

25
```



**Page 1**

1  IN THE UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF TEXAS
2        CORPUS CHRISTI DIVISION

3

4  TREYNOR HATCHER         *

5  VS.                     *  CA NO. 2:17-CV-155
                           *
6  NUECES COUNTY, TEXAS, et al. *

7  ------------------------------------

8        THE ORAL DEPOSITION OF

9            CHARLES HATCHER

10           November 16, 2017

11  ------------------------------------

12        A P P E A R A N C E S

13  ATTORNEY FOR TREYNOR HATCHER:

14     MR. CHRISTOPHER GALE
       Gale Law Group, PLLC
15     711 N. Carancahua, Suite 514
       Corpus Christi, Texas 78401
16

17  ATTORNEYS FOR NUECES COUNTY, TEXAS, et al.:

18     MR. JEFFREY R. PRUITT
       MS. JENNY C. CRON
19     Assistant Nueces County Attorneys
       901 Leopard Street, Room 207
20     Corpus Christi, Texas 78401

21

22  REPORTED BY: REBECCA A. HINOJOSA, C.S.R.

23

24

25

**Page 2**

1      I N D E X   T O   T E S T I M O N Y
                                        PAGE
2

3  Examination of CHARLES HATCHER:

4     By Mr. Pruitt. . . . . . . . .   4

5

6        E X H I B I T   I N D E X
                                        PAGE
7

8  Exhibit No. 1   Phone records        14

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Page 3**

1      THE ORAL DEPOSITION OF THE WITNESS, CHARLES

2  HATCHER, was taken by Ms. Jenny Cron before me REBECCA

3  A. HINOJOSA, a Certified Shorthand Reporter in and for

4  the State of Texas, on the 16th day of November, 2017,

5  between the hours of 1:04 p.m. and 1:45 p.m., at the

6  offices of Gale Law Group, PLLC, 711 N. Carancahua,

7  Suite 514, Corpus Christi, Nueces County, Texas,

8  pursuant to the Rules and the following stipulations

9  and agreements of counsel, to-wit:

10       It is stipulated and agreed by and between

11  counsel and the respective parties hereto that the

12  deposition of the witness named in the caption hereto

13  may be taken at this time and place pursuant to

14  agreement, and that the said deposition or any part

15  thereof, when so taken, may be used on the trial of

16  this cause the same as if the witness were present in

17  Court and testifying in person.

18

19

20

21

22

23

24

25

**Page 4**

1            CHARLES HATCHER,

2  the witness, having been first duly cautioned and sworn

3  to tell the truth, the whole truth and nothing but the

4  truth, testified as follows, to-wit:

5

6            E X A M I N A T I O N

7

8  BY MS. CRON:

9     Q   All right.  Good afternoon, Mr. Hatcher.  My

10  name is Jenny Cron and I'm an Assistant County

11  Attorney.  With me is Jeffrey Pruitt, he's also an

12  Assistant County Attorney, and we're here today

13  representing Nueces County in this, and then, I guess,

14  John and Jane Doe in this lawsuit.

15       This is a deposition in which I will ask

16  you questions, and you must answer them truthfully.

17  Although there's not a judge present, this is a formal

18  legal proceeding just like testifying in court, and you

19  are under the same obligation to tell the truth, the

20  whole truth, and nothing but the truth.  If you do not

21  understand any of my questions, please just ask me to

22  repeat them or if you don't recall, just say, "I don't

23  recall."

24       Before the deposition can be used in

25  court, you will have the opportunity to read over it

## Page 5

1 and correct any mistakes.
2       Do you have any questions for me or do you
3 understand?
4    **A   Pretty much understand.**
5    Q   Okay. And just the other thing is just
6 because we do have a court reporter here, just to
7 answer verbally and not with nods of the head or
8 uh-huhs or something like that.
9    **A   I will.**
10    Q   It's just important for the record.
11       Will you just state your full legal name
12 for the record, please.
13    **A   Charles Phillip Hatcher.**
14    Q   Okay. And what's your date of birth?
15    **A   10/17/1964.**
16    Q   Okay. And how long have you lived in the
17 Corpus Christi area?
18    **A   Thirty years minus 14 months.**
19    Q   Okay. And what is your current address?
20    **A   2430 Lorine Drive, Corpus Christi, Texas.**
21    Q   Okay. And how long have you resided at that
22 address?
23    **A   Approximately ten years.**
24    Q   Okay. And can you tell me who currently
25 resides in your household by name?

## Page 6

1    **A   Myself, Janet Hatcher, my wife, my youngest**
2 **daughter Emily Kortz, my middle son, or youngest son,**
3 **Destynn Hatcher and Treynor Hatcher.**
4    Q   Okay. And do you have other children living
5 outside the home?
6    **A   Several, yes, ma'am.**
7    Q   Okay. And can you just identify those, as
8 well?
9    **A   J.C. Slovich, Brodie Hatcher, Connor Hatcher,**
10 **Margery Hoch, Tabitha Hoch, Rebecca Hoch, Anna Hoch. I**
11 **think that's all of them.**
12    Q   Okay.
13    **A   Oh, Wesley -- Wesley Hoch.**
14    Q   Okay. And so currently Treynor is -- is
15 residing in your house?
16    **A   Yes.**
17    Q   And how -- has he been living with you for
18 several years, or --
19    **A   Yes.**
20    Q   -- has that been interrupted at anytime in the
21 past, let's say five years?
22    **A   Interrupted after court where the judge**
23 **wouldn't let him stay in the house. He stayed with my**
24 **retired sheriff buddy Blaire Griffin.**
25    Q   Okay. And which court are you referring to?

## Page 7

1 Was this --
2    **A   I'm not sure of the number. It was -- it's**
3 **Ms. Klein's court now.**
4    Q   Okay. So it was a result of your divorce with
5 his biological mother, or --
6    **A   No. No. It was a result of the judge putting**
7 **him on an ankle monitor.**
8    Q   Oh, Okay. Okay. So in regards to his -- his
9 criminal case?
10    **A   Uh-huh.**
11    Q   Okay. And how long was he residing with your
12 friend, Mr. Griffin?
13    **A   I believe it was about a month.**
14    Q   Okay. What is the highest level of education
15 you've completed?
16    **A   Some college.**
17    Q   Okay. And are you currently employed?
18    **A   I am.**
19    Q   Okay. Where do you work?
20    **A   I'm a contractor for Customs and Border**
21 **Protection out at the base.**
22    Q   Okay. And how long have you been working
23 there?
24    **A   Thirty years.**
25    Q   Okay. And what do you do exactly for them?

## Page 8

1    **A   I'm an aircraft mechanic.**
2    Q   Okay. Prior to today and -- who have you
3 talked to about this lawsuit, whether it's been family,
4 friends, you know, who -- who have you talked to about
5 this current lawsuit that we're here for today?
6    **A   I think -- as far as the lawsuit?**
7    Q   Yes. Just anything about it.
8    **A   I haven't really talked to anybody about the**
9 **lawsuit.**
10    Q   Okay. You haven't talked to your wife or, I
11 mean, just --
12    **A   Just -- just that there's a lawsuit, I mean,**
13 **but not talk about it.**
14    Q   Right. Okay.
15    **A   Yeah.**
16    Q   So no friends -- no -- no other -- no other
17 friends about it, or --
18    **A   My buddy Blaire Griffin --**
19    Q   Okay.
20    **A   -- knows -- knows and my parents know.**
21    Q   Okay. Let's talk about Treynor a minute.
22 What medical diagnosis does Treynor have?
23    **A   He has Asperger's autism and ADD.**
24    Q   Okay. And when was he diagnosed? When --
25 when was he first diagnosed?

Charles Hatcher

**Page 9**

1   A   Early -- early on. I'm not sure what age.

2   Q   Okay. But when he was more like a toddler?

3   A   Seven -- seven, eight years old-ish.

4   Q   Okay. What -- what -- your -- did his

5   pediatrician make that referral for diagnosis, or

6   who first, you know, made an observation that maybe he

7   needed to be --

8   A   I -- I think it was me. He was reading at an

9   early age, and I asked the pediatrician about it, but

10  I'm not sure if that was referred or not.

11  Q   Okay.

12  A   Dr. Deline has been seeing him since he was

13  young.

14  Q   Okay. Yes. That was one of the questions I

15  was going to ask.

16       And Dr. Deline, what's her first name?

17  A   I believe it's Carol.

18  Q   Okay.

19  A   I call her Dr. Deline. I'm not sure.

20  Q   Okay. And is she a neurologist?

21  A   I'm not sure of that either.

22  Q   Okay.

23  A   A   Neurosurgeon, neurologist, something like

24  that.

25  Q   Okay.

**Page 10**

1   A   I'm not sure what her...

2   Q   And so Dr. Deline was the -- the physician

3   that diagnosed him as having Asperger's?

4   A   She is the one that has been treating him.

5   I'm not sure who diagnosed him.

6   Q   Okay. Okay. And when you say treating him,

7   what is -- what does she do? Does she schedule regular

8   appointments with him? Does she --

9   A   Yes, ma'am.

10  Q   -- prescribe medication?

11  A   Yes, ma'am.

12  Q   Okay. And so what medications does Treynor

13  take?

14  A   He's taking Ritalin, Remeron, Clonidine. I'm

15  not sure what else.

16  Q   Okay. And -- and as far as you know, those

17  are specific to address his -- what -- I mean, what are

18  those supposed to address for him, those medications?

19  Has Dr. Deline told you, like, why does he need to take

20  those?

21  A   Specifically medications, I don't know, but I

22  know it's to treat the ADD and the Asperger's autism.

23  Q   Okay. And I'm somewhat familiar with, you

24  know, what ADD stands for, I mean, so would you say

25  it's to help him focus, or what is -- I mean, in

**Page 11**

1   your -- in your layman's terms of what, you know, goes

2   on with -- with Treynor, what do you see -- you know,

3   what does he exhibit with his autism?

4   A   He's less hyperactive when he's on the

5   medication.

6   Q   Okay.

7   A   I'm not sure how to -- state it, but he's

8   more with it on it. I mean, he gets -- when he's not

9   on the medication, he's kind of story telling, I mean,

10  just way out there. Like -- it -- it's hard to

11  explain. It's like -- it's just hard to explain. It's

12  stories that -- just don't relate to real world type

13  stuff.

14  Q   Okay. So --

15  A   Like more of a game.

16  Q   Okay. Yeah. And I don't want to put words in

17  your mouth, but like fantasies or --

18  A   No. It's -- I would say it was fantasy if he

19  was telling a story like that, but it's not like that.

20  Q   Okay. What do you mean? I mean, you did say

21  more like a game. Like, what do you --

22  A   Well, just -- like I said, it's hard to

23  explain, but he'll sit there and start and then be over

24  here with something else. It's not really an

25  explainable thing unless you experience it.

**Page 12**

1   Q   Okay. Is he capable of understanding right

2   from wrong?

3   A   I believe so, yes.

4   Q   Okay. And I have heard the terminology, and I

5   think it's in Treynor's pleadings in this case, that

6   he's a highly functional, you know, autistic. What

7   does that mean to you? Have you heard that term used

8   in regards to him?

9   A   Yes.

10  Q   Okay. And what -- what does that mean to you?

11  A   It means he's able to go to school, he's -- he

12  is more social than he was as a kid, so that type of

13  stuff, but then he has trouble, like, riding a bike or

14  tying his shoes, that type of stuff.

15  Q   Okay. And even before he graduated from high

16  school last year he was taking college courses; is that

17  right?

18  A   He started on a college course, he never did

19  finish it. He was in that program.

20  Q   Okay. So has -- is he able -- does he make

21  good grades in school?

22  A   He made fair grades in school. He's making,

23  right now what he tells me, A's in college. He's got

24  four classes, --

25  Q   Right.

## Page 13

1    A  -- but I haven't seen none of the transcripts.

2    Q   Okay.  Talking again about what's been pled

3  in -- in this particular case, in the pleadings it's

4  alleged that you -- you contacted the jail to let them

5  know that your son required certain medications; --

6    A   I did.

7    Q   -- is that right?

8    A   That's correct.

9    Q   Okay.  And was that the only reason you called

10  the jail?

11    A   I called the jail to ask them if they could

12  put him in isolation.  I didn't know whether -- they

13  didn't say he was in isolation or not.  I told them

14  that he was Asperger's autistic and I asked them if I

15  could bring his medication up there.  I was told I

16  wasn't allowed to bring any medication.  I called again

17  and asked if I could bring medication.  I was told that

18  they had a nurse there.  I asked if I could talk to

19  her.  The nurse told me, "You don't need to bring the

20  medications.  We have them here," if that was a nurse.

21  I'm not sure it was a nurse.

22    Q   Okay.  Do you have any idea who you talked to

23  when you --

24    A   I -- I didn't write any names down.

25    Q   Okay.  Do you know if it was a male or a

## Page 14

1  female by the voice, or do you recall?

2    A   I'm recalling females, mostly.

3    Q   Okay.  And you've brought today -- did you --

4  were you served with a subpoena --

5    A   Yes.

6    Q   Okay.

7        -- to bring some records today, some phone

8  records?

9    A   Yes.

10    Q   Okay.  And I have been provided some documents

11  here that look like they're a printout from your Sprint

12  cell phone records.  Is -- would you agree, are these

13  records you brought here?  And I'm going to --

14    A   Yes, ma'am.  That's correct.

15    Q   -- mark this as Exhibit 1.

16        (WHEREUPON EXHIBIT NO. 1 WAS MARKED.)

17    Q   (By Ms. Cron) I -- I've gone ahead and turned

18  to -- I think I counted the pages.  They're not --

19  don't think they're numbered, but I think it's the

20  fifth page where it loose like some -- some numbers

21  have been, you know, high --

22    A   Highlighted.

23    Q   -- highlighted.  So would you identify what

24  those highlighted -- what that -- those are, or what --

25  what did those --

## Page 15

1    A   What I did was --

2    Q   -- represent?

3    A   -- what I did was look up the jail's number

4  when I got the records here and highlighted what, on my

5  phone, showed me what the jail's number was as of last

6  week, and that's the ones I highlighted on there.

7    Q   Okay.  So looking at this, it looks like on

8  September 25th at 4:04 p.m. and then again at 5:36 p.m.

9  you made a phone call to the jail each showing for one

10  minute.  Is that what -- would you agree with that?

11    A   That's what it says on the record, yes, ma'am.

12    Q   Okay.  And then I am just going to walk you

13  through each one so we can again put this on the

14  record.  So on the 26 -- September 26th I see that at

15  5:39 a.m. a phone call was made to that same number,

16  which is -- I'll also read that into the record -- it's

17  361-887-2307, and that was -- phone call was for two

18  minutes; is that right?

19    A   That's what it states, yes, ma'am.

20    Q   Okay.  And then on the following page there's

21  a couple more entries that you've highlighted for that

22  same phone number on the 26th for 7:17 p.m., 7:33 p.m.

23  and 8:01 p.m., the first at 7:17 being for ten minutes,

24  the following being at 7:33 for two minutes, and then

25  the one at 8:01 p.m. for three minutes; is that right?

## Page 16

1    A   That's what it states, yes, ma'am.

2    Q   Okay.  And then September 27th I see two

3  entries that are marked, one at 3:10 p.m. for that same

4  phone number for three minutes and then additionally at

5  5:50 p.m., same phone number, for two minutes; is that

6  correct?

7    A   That's what it shows, yes, ma'am.

8    Q   Okay.  And then turning the page for the date

9  of September 28th you've also marked two entries, one

10  at 5:25 p.m. for that same phone number for one minute

11  and then again at 8:26 p.m. that same phone number for

12  one minute.

13    A   And I missed one here at 6:23 p.m. that I did

14  not mark for one minute.

15    Q   Okay.  Okay.  And so -- and I'm going to go

16  back because I want to talk to you about before he got

17  incarcerated, but I did want to go ahead and touch on

18  these phone records, but -- so you didn't really --

19  have already mentioned that you called because you

20  asked about putting him in isolation, if that was

21  possible, and then about providing his medication.

22  There's several, obviously, we've gone through.  Let's

23  see.  How many in total?  One, 2, 3, 4, 5, 6, 7, 8, 9,

24  10, 11 times.  I count 11 times, it looks like, you

25  either -- I'm not sure -- on these entries where it

## Page 17

1  says that -- that the phone call was for one minute, do
2  you recollect whether you actually were able to talk to
3  someone, or whether that was like a busy signal, or --
4  because one minute to me doesn't sound too incredibly
5  long.  Do you recall?
6  A    I -- I'm not sure whether they answered or
7  not.  I do know that they were very short, very curt
8  calls on the other line, no matter who it was that
9  answered the phone.
10  Q    Okay.  Were they able to confirm with you
11  about your son being incarcerated there?
12  A    Yes.
13  Q    I mean -- Okay.  So these 11 entries that you
14  indicate reflect your phone calls to the Nueces County
15  jail, do you remember anymore specifics?  I mean, did
16  you -- I mean, what you've identified is what you've
17  told them.  Do you remember specific conversations in
18  addition to asking them about the medications?  Was
19  there anything else that you talked to them about on
20  these 11 occasions?
21  A    I -- I'm not sure of anything specific.  I was
22  panicky.  My 17-year-old son was in jail where he
23  didn't belong.  I was trying to get my point across to
24  people.
25  Q    Did you relate to them, when you called, that

## Page 18

1  your son had Ausberger's [sic]?
2  A    Yes, I did.
3  Q    Okay.
4  A    Asperger's, yes, ma'am.
5  Q    I'm sorry.  I probably am not pronouncing it
6  right.
7  A    I might have just said autistic.  I'm not sure
8  of the wording, --
9  Q    Okay.
10  A    -- but, yeah, that was relayed to them.
11  Q    Okay.  And -- and when -- do you recall when
12  that was that you told them?  Which date --
13  A    I'm not sure which --
14  Q    -- which day it --
15  A    -- which phone call with any of this
16  information, ma'am.
17  Q    Okay.
18  A    Which phone call, what was said, I'm not sure.
19  Q    Okay.  So you're not sure how -- whether it
20  was the -- the 25th or -- you know, then it went
21  through the 28th, so you're not sure which day you
22  would have told them --
23  A    It -- it would have been --
24  Q    -- what information?
25  A    -- earlier -- earlier calls, I'm sure, but I'm

## Page 19

1  not sure which phone call or what -- what anything was
2  stated on which call.
3  Q    Okay.
4  A    It's looking like the longer call might have
5  been the one where I talked to a supposed nurse who
6  told me that they had medications there, that I didn't
7  need to worry about bringing any.  I don't believe a
8  nurse would have said that.  My son obviously didn't
9  get no medication in jail, but that was stated.
10  Q    Okay.  Did you -- were any of these phone
11  calls phone calls to be able to talk to your son while
12  he was incarcerated?
13  A    I don't believe so.
14  Q    Okay.  Did you talk to Treynor at all while he
15  was incarcerated?
16  A    No, ma'am.  He did not call.  My recollection,
17  he did not call.
18  Q    Okay.
19  A    No, ma'am.
20  Q    And while he was incarcerated, did you ever go
21  visit him there at the county jail?
22  A    I did not.  I didn't I know was allowed to.
23  Q    Okay.  Let's step back for a minute, and we
24  may come back to these phone records again, but let's
25  go back to the day that -- that Treynor was arrested.

## Page 20

1  He was charged with sexual assault --
2  A    Uh-huh.
3  Q    -- of your younger daughter, --
4  A    Yes, ma'am.
5  Q    -- is that right, at the time?  And he was
6  arrested at your residence?
7  A    He was -- when I got there, they had him over
8  on the side street, I believe it's Sands, I'm not sure
9  of the name of the street, but I believe it's Sands --
10  Q    Okay.
11  A    -- or -- I'm not sure of the name.
12  Q    And when that happened, were you at work at
13  the time?
14  A    I was.
15  Q    Okay.  And so did somebody call you to let you
16  know that this was happening, or --
17  A    Yes, and I can't remember who it was.
18  Q    Do you recall what time of day it was?
19  A    Early morning, midday-ish.
20  Q    Okay.  And so when you got there, what -- what
21  happened?  And, you know, just tell me what was going
22  on, who was there, what --
23  A    There was a police officer, two ladies from my
24  daughter's church, my daughter, both my sons, my son
25  was om the back of a cop car.  I remember asking

Charles Hatcher

6 (21 - 24)

| Page 21 | Page 23 |
|---|---|

**Page 21**

1  questions about whether my daughter, who is bipolar,
2  whether she was taking medication, and stuff like that.
3  I sent my youngest son over to get her med box. She
4  had not been taking her medication.
5      I talked to the police officer, and I even
6  asked him a question because he told me -- he said he
7  was going to take him. I was like, "Well, where do you
8  take him?" He said, "To the jail." I was like, "Man,
9  he's 17. He don't belong in no damn jail." He said,
10 "Well, that's where we take 17-year-olds. There's
11 really nothing I can do there."
12     My daughter stayed over there with those
13 two church -- two church ladies. They took her to a
14 SANE exam over at Driscoll, --
15 Q   Okay.
16 A   -- which was negative.
17 Q   Did you talk to Treynor during that time?
18 A   I -- very briefly. I opened the door to talk
19 to him, and the cop wouldn't let me talk to him.
20 Q   Okay. Do you recall what you said to him, or
21 what was said?
22 A   I said, "What's happening?" to the cop, and
23 he -- he didn't answer.
24 Q   Okay.
25 A   From what I recall, I don't think he answered

**Page 22**

1  anything.
2  Q   And then the -- so after that, after -- and
3  then he -- Treynor was taken, as far as you know, I
4  mean, away at that time, and you had no communication
5  with him until, then, you're telling me, when he was
6  released from -- from the county jail?
7  A   Yes, ma'am. That's what I recall.
8  Q   Okay. So how many days was Treynor
9  incarcerated, from your recollection?
10 A   Two to three.
11 Q   Okay. During the time he was incarcerated,
12 was there anybody else that you talked to about Treynor
13 and his -- his charges or him being incarcerated in the
14 jail?
15 A   State that again.
16 Q   Well, specifically did you talk to any
17 attorney about, you know, your son being arrested
18 and -- and being incarcerated?
19 A   Did I talk to an attorney?
20 Q   Yeah.
21 A   Yes, ma'am. Rick -- I can't think of his last
22 name, but --
23 Q   Was it Dodd?
24 A   -- Dodd -- Dodson, Rick Dodson.
25 Q   Okay. Okay.

**Page 23**

1  A   And he went and bailed -- not bailed him out,
2  but bonded him out under -- under his name.
3  Q   Okay. And do you recall when that was?
4  A   I'm not sure. Probably within the first or
5  second day.
6  Q   Okay. When did you first get ahold of
7  Mr. Dodson?
8  A   Within the first or second day.
9  Q   Okay.
10 A   I'm not sure of what time.
11 Q   Okay. Do you know if Mr. Dodson met with
12 Treynor at the county jail at anytime?
13 A   He told me he'd seen him in jail, yes.
14 Q   Okay. Do you know when that was?
15 A   Not -- not the specific -- specific times, no,
16 ma'am.
17 Q   Okay. So, you know, from what you're telling
18 me, the first time you knew anything about what
19 happened with Treynor, was it after he was released, or
20 did you find out anything about these incidents that
21 he's alleging in this lawsuit prior to that?
22 A   The first time I -- I knew anything and --
23 when I picked him up from the jail, I waited out there
24 for several hours. He was the last one, or the one
25 that was late to be released. He was all wiry, and

**Page 24**

1  crazy, and everything else. "Hey, man, how you been?"
2  He goes, "Hey, dad, I got butt fucked in there."
3  That's exactly how he said. I was like, "Did you get
4  any medication." He goes, "No, dad, I ain't had any
5  medication." I was like, "All right, man. Let's just
6  go get -- get an apple and let's talk about it." It
7  was like 1:30, 2 o'clock in the morning, I recollect.
8      I put him to bed, and he woke up the next
9  morning and had medication for night, gave him his
10 morning medication and waited for a minute and then I
11 was like, "So tell me again what happened in there,"
12 and he told me the whole story, so then that's when I
13 took him to get a SANE exam.
14 Q   Okay. We'll come back to talking to
15 Treynor, but I guess I want to go back to you talking
16 to Mr. Dodson, and I guess you hired him to represent
17 Treynor on his criminal charges?
18 A   Uh-huh.
19 Q   Is that yes, --
20 A   Oh, --
21 Q   -- just for the record?
22 A   -- I'm sorry. Yes, ma'am.
23 Q   So you -- at no time did Mr. Dodson talk to
24 you about anything that was happening with Treynor
25 while he was incarcerated, or y'all didn't -- he didn't

Charles Hatcher

Page 25

1 tell you anything that he had heard from Treynor, that,
2 you know, there had been any sort of incidents in the
3 jail?
4    **A    No ma'am. I recall telling Mr. Dodson about**
5 **that stuff.**
6    Q    Okay. So you told Mr. Dodson?
7    **A    Yeah.**
8    Q    Okay. So -- Okay. Did -- getting back to
9 when Treynor --
10   **A    And -- and I think the reason why I talked to**
11 **Mr. Dodson is because I had to take him somewhere, and**
12 **I told him that I'm going to take him to Driscoll, and**
13 **then someone, I can't remember his name, said no, that**
14 **I had to take him to Bay Area, and I pretty much told**
15 **him to kiss my ass, that I'm taking him to Driscoll,**
16 **and that's where I took him.**
17   Q    Right.
18        Before you took him to Driscoll, did you
19 call Dr. Deline, or did you let her know that anything
20 had happened?
21   **A    That he was raped?**
22   Q    Yes.
23   **A    I think that was at one of his appointments we**
24 **let her know.**
25   Q    Okay.

Page 26

1    **A    I'm not -- I -- I can't remember whether I**
2 **asked for her to see him in the SANE exam or not.**
3    Q    Okay.
4    **A    I'm not sure when she got involved in that.**
5    Q    And how regularly would he see Dr. Deline, --
6    **A    Twice.**
7    Q    -- like, prior to this?
8    **A    Twice annually.**
9    Q    Okay. Twice annually?
10   **A    Uh-huh.**
11   Q    Okay. So you took Treynor to Driscoll to have
12 the SANE exam, which is a -- an exam for potentially
13 being sexually assaulted?
14   **A    Yes, ma'am.**
15   Q    Okay. And do you recall talking to Alyssa
16 Porterfield, who's a social worker for Driscoll
17 Children's?
18   **A    I'm not sure of that name.**
19   Q    Okay. But do you recall talking to anyone at
20 Driscoll, I mean, being interviewed by anyone there,
21 a -- a social worker or other staff, a nurse, --
22   **A    It's --**
23   Q    -- about your --
24   **A    -- possible.**
25   Q    -- family dynamics?

Page 27

1    **A    Yes. It's -- it's possible. I wasn't paying**
2 **a whole lot of attention to, you know, stuff that**
3 **wasn't really pertinent to the situation.**
4    Q    Okay. So this would have been -- from -- from
5 the records I've seen, this -- you took him to Driscoll
6 on September 29th, 2016. Does that sound correct, that
7 date?
8    **A    Around that date, yes, ma'am.**
9    Q    Okay. And so, I mean, you've already
10 mentioned you're not sure about talking to anyone. You
11 could have. So you wouldn't remember any specifics
12 about what you would have talked to anyone about, what
13 happened, or your phone calls, or anyone else's phone
14 calls to the jail while Treynor was incarcerated?
15   **A    I -- I called Dr. Deline to ask her to call**
16 **Driscoll for me.**
17   Q    Okay.
18   **A    It had nothing to do with the assault. That**
19 **was just to state, "Hey, he needed to be isolated**
20 **and -- and medicated,. --**
21   Q    Okay.
22   **A    -- and she said she would.**
23   Q    Okay. Do you know if she did contact the
24 jail?
25   **A    I -- I know that she -- she said she did.**

Page 28

1    Q    Okay. So you had a subsequent phone
2 conversation, like you talked to her once to tell her
3 to call, and then after that you talked to her again?
4 Is that -- I mean, and she --
5    **A    That's possibly what had happened, yes.**
6    Q    Okay. I guess I'm just -- I'm not trying to
7 ask a difficult question. I'm just trying to figure
8 out. You just said, you know, she indicated she did
9 call. How did you find that out from her? I mean, did
10 you see her?
11   **A    It probably was a subsequent call.**
12   Q    Okay.
13   **A    I'm not -- like I said, man, none of this**
14 **stuff was anything I was trying to write down, or**
15 **remember, or --**
16   Q    Sure.
17   **A    -- any of that. I was just trying to get --**
18 **protect my son.**
19   Q    Sure.
20        When you first -- when -- I mean, you
21 indicated the first thing Treynor said was that he had
22 been butt fucked. I mean, his demeanor, can you
23 describe for me what --
24   **A    It was matter of fact, just -- just like I'm**
25 **talking to you right here. Just matter of fact. I**

Charles Hatcher                                          8 (29 - 32)

Page 29

1  mean, I -- I was shocked the way it came out, you know.
2  Q   Uh-huh.  Right.
3  A   My -- my first intention, Well, he was in
4  there with guys, you know, that he's normally not
5  around, you know, so he heard things, and this and
6  that, and that's why I wanted to get him on the
7  medication and find out for sure what was going on with
8  him.
9  Q   Right.
10       So are you telling me, because just from
11 what you just stated, and what you've testified to
12 earlier about when he's not on his medications he tends
13 to, you know, get off topic or even, so much as you
14 said, sort of seems like he's talking a game, you're
15 telling me maybe at first you thought it wasn't -- it
16 wasn't true or you didn't know whether to believe him?
17 A   It wasn't so much that.  It was just, like I
18 said, I -- I asked if he'd been on his medications.  He
19 didn't have any in there, so I didn't know.
20 Q   Okay.
21 A   It's 2 o'clock in the morning.  He told me he
22 didn't sleep much, you know, which is pretty common if
23 he's not on the medication, so I just didn't know, like
24 I said, until in the morning, and I still didn't know.
25 I took him and got him examined.

Page 30

1  Q   Right.
2       Do you recall anybody else -- or any other
3  conversations you had while you were at Driscoll
4  Children's Hospital with Treynor about the incidents in
5  the jail?  Do you recall anything specific?
6  A   At Driscoll?
7  Q   Yes.  Yes, sir.
8  A   No, I don't.
9  Q   Okay.  After you took Treynor to Driscoll,
10 did -- did you take him to meet with Dr. Deline, or
11 were there any other appointments that you had?
12 A   We did have an appointment with Dr. Deline
13 shortly after that.
14 Q   Okay.
15 A   I'm not sure of the time frame, but --
16 Q   Okay.  And was he getting additional
17 counseling because of the incident?
18 A   He got counseling with -- I'm not sure of her
19 name, but it was the Child Advocacy Center.  He was
20 seeing a counselor there.
21 Q   Okay.  So he was interviewed at the Child
22 Advocacy Center, right?
23 A   Yes, ma'am.
24 Q   But you're saying he additionally got some
25 counseling through --

Page 31

1  A   Yes, ma'am.
2  Q   -- them?
3       Okay.  On a more consistent basis?
4  A   Weekly basis for a while.
5  Q   Okay.  Like for how long would you say?
6  A   Until just recently.  He started full-time in
7  college, so he's having trouble getting over there, so
8  I believe it was -- last month was his last session.
9  Q   Okay.  So a little over a year, or about a
10 year?
11 A   Yes, ma'am.
12 Q   Okay.  And you don't remember the name of the
13 counselor?
14 A   No, I don't.
15 Q   But it's someone at CAC?
16 A   Uh-huh.
17 Q   Okay.  And it's a female?
18 A   Yes.
19 Q   Okay.  Treynor mentioned that he had a journal
20 and -- and made some notes after the incident happened
21 and he was staying at who -- who he describe as his
22 uncle and aunt.
23 A   Yes.
24 Q   I think it's Bob Griffin and --
25 A   And Blaire.

Page 32

1  Q   -- Blaire Griffin and Barbara?
2  A   Uh-huh.
3  Q   Do you have that -- those journal entries or
4  notes that he --
5  A   I do not.
6  Q   -- wrote down?
7  A   He might have them, though.
8  Q   Okay.  But you do not?
9  A   No.
10 Q   Okay.  And you don't know where they might be,
11 or --
12 A   No.
13 Q   -- would they exist?
14 A   I know they exist.  I asked him to start
15 writing that stuff down.  I -- I did not want to read
16 it.
17 Q   Okay.  Okay.  When you say that you talked to
18 Dr. Deline about calling the jail, you indicated the
19 two things that she was calling the jail about were
20 that he had medications he needed to take and that, I
21 guess, he had Asperger's.  Is that what you understood
22 she talked to the jail about?
23 A   I have no clue what she talked to the jail
24 about.  I just asked her to call.
25 Q   Okay.  Why did you think that it would be

Charles Hatcher                                              9 (33 - 36)

**Page 33**

1  better if Treynor was placed in isolation while
2  incarcerated?
3     A    Because of the type of people that are in the
4  jail.
5     Q    And so you thought he would be preyed upon,
6  or --
7     A    Pretty much, yes.
8     Q    Yeah.  Because of his --
9     A    Being 17, being a skinny blond kid, being
10 auti -- autistic, not -- not supposed to be in there,
11 period.  I knew that, nobody else knew that, except
12 Dr. Deline, obviously.
13    Q    Right.  I guess -- nobody else knew what?
14 That -- what do you mean by that?
15    A    That he didn't belong in there.  I mean, the
16 damn police officer come and took him, told me he's
17 taking him to a regular jail at 17.  I'm like, "Hey,
18 man, he's autistic."  You know, I pleaded with him.  I
19 guess his hands were tied.  You call the jailhouse,
20 those people were rude, curt, and they didn't give a
21 shit, you know, every call you made, and as a parent,
22 you know, you are trying to protect your -- your child,
23 and that's all you got every time you turned around.
24    Q    Uh-huh.
25    A    So I called Dr. Deline, maybe she could do

**Page 34**

1  something.  I'm a nobody, she's a doctor.
2     Q    And the earliest, I mean, you were able to get
3  the attorney Dodson, I guess you said he was the one
4  who bonded your son out?
5     A    Yes.
6     Q    But you weren't able to get him out any sooner
7  than -- than that?  I mean, were you aware of what his
8  bond status was, or were you told any of that?
9     A    This is hard to recollect, but I remember Rick
10 bonded him out and he chose not to come out on the
11 bond, and I called Rick, and that's when Rick went to
12 talk to him.  I was like, "Hey, man, did you bond him
13 out?"  He goes, "Yeah, I posted it here."  I was like,
14 "They're telling me that he's not getting out, and
15 they didn't tell me why," and Rick called back and
16 said, "Well, he wanted to stay in there," so he talked
17 him out -- about coming back out.
18    Q    Did you understand why?  I mean, were you --
19 did Mr. Dodson explain to you why Treynor said he
20 didn't want to come out?
21    A    I believe it was something to do with being
22 scared.
23    Q    Did that make sense to you?  I mean --
24    A    That's my whole point of calling the jail.  He
25 didn't belong in there because he does things that

**Page 35**

1  don't make sense.
2     Q    Okay.
3     A    So, yes, it made sense to me.  It wouldn't
4  make sense to nobody else.
5     Q    Okay.  Mr. Hatcher, I am trying to set a
6  timeline --
7     A    Hold on.
8     Q    Oh, I'm sorry.
9         MR. GALE:  You weren't in here, but he's
10 got an emergency.  His son is in Driscoll.
11    Q    (By Ms. Cron) I'm just trying to, you know,
12 set a timeline because Treynor was in the jail over,
13 you know, these few days, and -- and, you know, we've
14 gone over it with the phone records.  I guess I'm --
15 I'm hoping to get a better idea of -- of when, if at
16 all, you can recall at what point, you know, whether it
17 was the first day, the second day, you know, when you
18 contacted Dr. Deline about calling the jail, if you
19 can, you know, think through that and -- and tell me,
20 you know, was it you, you know, after you had contacted
21 the jail several times and it was the following day?  I
22 mean --
23    A    It will be in the phone records, ma'am.  I
24 mean, I used the same phone.
25    Q    Okay.  So her --

**Page 36**

1     A    So I --
2     Q    -- her phone number should be --
3     A    -- I called Driscoll, they called her and then
4  she called me back, so it will -- it will all be in the
5  record there.
6         MS. CRON:  Okay.  Okay.  All right.  I
7  have no further questions.
8         MR. GALE:  Okay.  We'll reserve.

Charles Hatcher

10 (37 - 40)

## Page 37

1      CHANGES AND SIGNATURE

2   WITNESS NAME:          DATE OF DEPOSITION

3   PAGE   LINE    CHANGE FROM/CHANGE TO   REASON

4   _____

5   _____

6   _____

7   _____

8   _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  _____

20  _____

21          I declare under penalty of perjury

22  that the foregoing is true and correct.

23

24          CHARLES HATCHER, Witness
            Deposition date:  11/16/17

25

## Page 38

1       I, CHARLES HATCHER, have read the foregoing

2   deposition and hereby affix my signature that same is

3   true and correct, except as noted above.

4

5

6          CHARLES HATCHER

7

8   THE STATE OF _____ )

9   COUNTY OF _____ )

10          Before me, REBECCA A. HINOJOSA, on this

11  day personally appeared CHARLES HATCHER, known to me

12  (or proved to me under oath or through _____

13  (description of identity card or other document) to be

14  the person whose name is subscribed to the foregoing

15  instrument and acknowledged to me that they executed

16  the same for the purposes and consideration therein

17  expressed.

18      Given under my hand and seal of office

19  _____ day of _____, 2017.

20

21

22          NOTARY PUBLIC IN AND FOR
            THE STATE OF _____
23          MY COMMISSION EXPIRES: _____

24

25

## Page 39

1       IN THE UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF TEXAS
2           CORPUS CHRISTI DIVISION

3   TREYNOR HATCHER         *

4   VS.                     *  CA NO. 2:17-CV-155
                            *
5   NUECES COUNTY, TEXAS, et al. *

6

7           REPORTER'S CERTIFICATE
        ORAL DEPOSITION OF TREYNOR HATCHER

8           November 16, 2017

9

10          I, REBECCA A. HINOJOSA, a Certified

11  Shorthand Reporter in and for the State of Texas,

12  hereby certify to the following:

13          That the witness, CHARLES HATCHER, was

14  duly sworn by the officer and that the transcript of

15  the oral deposition is a true record of the testimony

16  given by the witness;

17          I further certify that pursuant to FRCP

18  Rule 30(f)(1) that the signature of the deponent:

19

20          ____ was requested by the deponent

21  or a party before the completion of the deposition and

22  returned within 30 days from date of receipt of the

23  transcript.  If returned, the attached Changes and

24  Signature Page contains any changes and the reasons

25  therefor:

## Page 40

1           ____ was not requested by the deponent or

2   a party before the completion of the deposition.

3           I further certify that I am neither

4   attorney nor counsel for, related to, nor employed by

5   any of the parties to the action in which this

6   testimony was taken.

7           Further, I am not a relative or employee

8   of any attorney of record in this cause, nor do I have

9   a financial interest in the action.

10          Subscribed and sworn to on the the 30th

11  day of November, 2017.

12

13

14

15          REBECCA A. HINOJOSA, CSR
            Certification No.: 3937
16          Expiration Date: 12/31/2018
            Firm Registration No. 644
17

18          LEXITAS
            615 N. Upper Broadway, Ste. 1450
19          Corpus Christi, Texas 78401

20

21

22

23

24

25

Lexitas

 WORD INDEX

< 1 >
1    2:8    14:15,
16    39:18
1:04    3:5
1:30    24:7
1:45    3:5
10    5:15    16:24
11    16:24, 24
17:13, 20    37:24
12    40:16
14    2:8    5:18
1450    40:18
16    1:5    37:24
39:8
16th    3:4
17    5:15    21:9
33:9, 17    37:24
17-year-old    17:22
17-year-olds
21:10
1964    5:15

< 2 >
2    16:23    24:7
29:21
2:17-CV-155    1:4
39:4
2016    27:6
2017    1:5    3:4
38:19    39:8
40:11
2018    40:16
207    1:19
2430    5:20
25th    15:8    18:20
26    15:14
26th    15:14, 22
27th    16:2
28th    16:9    18:21
29th    27:6

< 3 >
3    16:23
3:10    16:3
30    39:18, 22
30th    40:10
31    40:16
361-887-2307
15:17
3937    40:16

< 4 >
4    2:4    16:23
4:04    15:8

< 5 >
5    16:23
5:25    16:10

5:36    15:8
5:39    15:15
5:50    16:5
514    1:15    3:7

< 6 >
6    16:23
6:23    16:13
615    40:18
644    40:17

< 7 >
7    16:23
7:17    15:22, 23
7:33    15:22, 24
711    1:15    3:6
78401    1:15, 20
40:19

< 8 >
8    16:23
8:01    15:23, 25
8:26    16:11

< 9 >
9    16:23
901    1:19

< A >
a.m    15:15
able    12:11, 20
17:2, 10    19:11
34:2, 6
acknowledged
38:15
action    40:5, 9
ADD    8:23    10:22,
24
addition    17:18
additional    30:16
additionally
16:4    30:24
address    5:19, 22
10:17, 18
Advocacy    30:19,
22
affix    38:2
afternoon    4:9
age    9:1, 9
agree    14:12
15:10
agreed    3:10
agreement    3:14
agreements    3:9
ahead    14:17
16:17
ahold    23:6
ain't    24:4
aircraft    8:1
al    1:5, 17    39:5

alleged    13:4
alleging    23:21
allowed    13:16
19:22
Alyssa    26:15
ankle    7:7
Anna    6:10
annually    26:8, 9
answer    4:16
5:7    21:23
answered    17:6, 9
21:25
anybody    8:8
22:12    30:2
anymore    17:15
anytime    6:20
23:12
appeared    38:11
apple    24:6
appointment    30:12
appointments
10:8    25:23
30:11
Approximately
5:23
area    5:17    25:14
arrested    19:25
20:6    22:17
A's    12:23
asked    9:9
13:14, 17, 18
16:20    21:6
26:2    29:18
32:14, 24
asking    17:18
20:25
Asperger's    8:23
10:3, 22    13:14
18:4    32:21
ass    25:15
assault    20:1
27:18
assaulted    26:13
Assistant    1:19
4:10, 12
attached    39:23
attention    27:2
ATTORNEY    1:13
4:11, 12    22:17,
19    34:3    40:4, 8
ATTORNEYS    1:17,
19
aunt    31:22
Ausberger's    18:1
auti    33:10
autism    8:23
10:22    11:3
autistic    12:6
13:14    18:7
33:10, 18

aware    34:7

< B >
B    2:4
back    16:16
19:23, 24, 25
20:25    24:14, 15
25:8    34:15, 17
36:4
bailed    23:1, 1
Barbara    32:1
base    7:21
basis    31:3, 4
Bay    25:14
bed    24:8
believe    7:13
9:17    12:3
19:7, 13    20:8,
9    29:16    31:8
34:21
belong    17:23
21:9    33:15
34:25
better    33:1
35:15
bike    12:13
biological    7:5
bipolar    21:1
birth    5:14
Blaire    6:24
8:18    31:25
32:1
blond    33:9
Bob    31:24
bond    34:8, 11, 12
bonded    23:2
34:4, 10
Border    7:20
box    21:3
briefly    21:18
bring    13:15, 16,
17, 19    14:7
bringing    19:7
Broadway    40:18
Brodie    6:9
brought    14:3, 13
buddy    6:24    8:18
busy    17:3
butt    24:2    28:22

< C >
C    1:5, 18
C.S.R    1:22
CA    1:4    39:4
CAC    31:15
call    9:19    15:9,
15, 17    17:1
18:15, 18    19:1,
2, 4, 16, 17
20:15    25:19
27:15    28:3, 9,

11   32:24   33:19,
21
**called**   13:9, 11,
16   16:19   17:25
27:15   33:25
34:11, 15   36:3,
3, 4
**calling**   32:18,
19   34:24   35:18
**calls**   17:8, 14
18:25   19:11, 11
27:13, 14
**capable**   12:1
**caption**   3:12
**car**   20:25
**Carancahua**   1:15
3:6
**card**   38:13
**Carol**   9:17
**case**   7:9   12:5
13:3
**cause**   3:16   40:8
**cautioned**   4:2
**cell**   14:12
**Center**   30:19, 22
**certain**   13:5
**CERTIFICATE**   39:5
**Certification**
40:16
**Certified**   3:3
39:10
**certify**   39:12,
17   40:3
**CHANGE**   37:3, 3
**CHANGES**   37:1
39:23, 24
**charged**   20:1
**charges**   22:13
24:17
**CHARLES**   1:5
2:3   3:1   4:1
5:13   37:24
38:1, 6, 11
39:13
**Child**   30:19, 21
33:22
**children**   6:4
**Children's**   26:17
30:4
**chose**   34:10
**CHRISTI**   1:2, 15,
20   3:7   5:17,
20   39:2   40:19
**CHRISTOPHER**   1:14
**church**   20:24
21:13, 13
**classes**   12:24
**Clonidine**   10:14
**clue**   32:23

**college**   7:16
12:16, 18, 23
31:7
**come**   19:24
24:14   33:16
34:10, 20
**coming**   34:17
**COMMISSION**   38:22
**common**   29:22
**communication**
22:4
**completed**   7:15
**completion**   39:21
40:2
**confirm**   17:10
**Connor**   6:9
**consideration**
38:16
**consistent**   31:3
**contact**   27:23
**contacted**   13:4
35:18, 20
**contains**   39:24
**contractor**   7:20
**conversation**   28:2
**conversations**
17:17   30:3
**cop**   20:25
21:19, 22
**CORPUS**   1:2, 15,
20   3:7   5:17,
20   39:2   40:19
**correct**   5:1
13:8   14:14
16:6   27:6
37:22   38:3
**counsel**   3:9, 11
40:4
**counseling**   30:17,
18, 25
**counselor**   30:20
31:13
**count**   16:24
**counted**   14:18
**COUNTY**   1:5, 17,
19   3:7   4:10,
12, 13   17:14
19:21   22:6
23:12   38:8
39:5
**couple**   15:21
**course**   12:18
**courses**   12:16
**COURT**   1:1   3:17
4:18, 25   5:6
6:22, 25   7:3
39:1
**crazy**   24:1
**criminal**   7:9
24:17

**CRON**   1:18   3:2
4:8, 10   14:17
35:11   36:6
**CSR**   40:15
**current**   5:19
8:5
**currently**   5:24
6:14   7:17
**curt**   17:7   33:20
**Customs**   7:20

< D >
**D**   2:1, 4
**dad**   24:2, 4
**damn**   21:9   33:16
**date**   5:14   16:8
18:12   27:7, 8
37:2, 24   39:22
40:16
**daughter**   6:2
20:3, 24   21:1,
12
**daughter's**   20:24
**day**   3:4   18:14,
21   19:25   20:18
23:5, 8   35:17,
17, 21   38:11, 19
40:11
**days**   22:8
35:13   39:22
**declare**   37:20
**Deline**   9:12, 16,
19   10:2, 19
25:19   26:5
27:15   30:10, 12
32:18   33:12, 25
35:18
**demeanor**   28:22
**deponent**   39:18,
20   40:1
**DEPOSITION**   1:5
3:1, 12, 14
4:15, 24   37:2,
24   38:2   39:7,
15, 21   40:2
**describe**   28:23
31:21
**description**   38:13
**Destynn**   6:3
**diagnosed**   8:24,
25   10:3, 5
**diagnosis**   8:22
9:5
**difficult**   28:7
**DISTRICT**   1:1, 1
39:1, 1
**DIVISION**   1:2
39:2
**divorce**   7:4
**doctor**   34:1

**document**   38:13
**documents**   14:10
**Dodd**   22:23, 24
**Dodson**   22:24, 24
23:7, 11   24:16,
23   25:4, 6, 11
34:3, 19
**Doe**   4:14
**door**   21:18
**Dr**   9:12, 16, 19
10:2, 19   25:19
26:5   27:15
30:10, 12   32:18
33:12, 25   35:18
**Driscoll**   21:14
25:12, 15, 18
26:11, 16, 20
27:5, 16   30:3,
6, 9   35:10   36:3
**Drive**   5:20
**duly**   4:2   39:14
**dynamics**   26:25

< E >
**E**   1:5, 5   2:1,
1, 4, 4   4:6
**earlier**   18:25,
25   29:12
**earliest**   34:2
**early**   9:1, 1, 9
20:19
**education**   7:14
**eight**   9:3
**either**   9:21
16:25
**else's**   27:13
**emergency**   35:10
**Emily**   6:2
**employed**   7:17
40:4
**employee**   40:7
**entries**   15:21
16:3, 9, 25
17:13   32:3
**et**   1:5, 17   39:5
**exactly**   7:25
24:3
**exam**   21:14
24:13   26:2, 12,
12
**Examination**   2:3
**examined**   29:25
**executed**   38:15
**Exhibit**   2:8
11:3   14:15, 16
**exist**   32:13, 14
**experience**   11:25
**Expiration**   40:16
**EXPIRES**   38:22
**explain**   11:11,

*11, 23*   34:*19*
**explainable**   11:*25*
**expressed**   38:*17*

< F >
**f**   39:*18*
**fact**   28:*24, 25*
**fair**   12:*22*
**familiar**   10:*23*
**family**   8:*3*
  26:*25*
**fantasies**   11:*17*
**fantasy**   11:*18*
**far**   8:*6*   10:*16*
  22:*3*
**female**   14:*1*
  31:*17*
**females**   14:*2*
**fifth**   14:*20*
**figure**   28:*7*
**financial**   40:*9*
**find**   23:*20*
  28:*9*   29:*7*
**finish**   12:*19*
**Firm**   40:*17*
**first**   4:*2*   8:*25*
  9:*6, 16*   15:*23*
  23:*4, 6, 8, 18,*
  22   28:*20, 21*
  29:*3, 15*   35:*17*
**five**   6:*21*
**focus**   10:*25*
**following**   3:*8*
  15:*20, 24*   35:*21*
  39:*12*
**follows**   4:*4*
**foregoing**   37:*22*
  38:*1, 14*
**formal**   4:*17*
**four**   12:*24*
**frame**   30:*15*
**FRCP**   39:*17*
**friend**   7:*12*
**friends**   8:*4, 16,*
  17
**fucked**   24:*2*
  28:*22*
**full**   5:*11*
**full-time**   31:*6*
**functional**   12:*6*
**further**   36:*7*
  39:*17*   40:*3, 7*

< G >
**Gale**   1:*14, 14*
  3:*6*   35:*9*   36:*8*
**game**   11:*15, 21*
  29:*14*
**getting**   25:*8*
  30:*16*   31:*7*

34:*14*
**give**   33:*20*
**Given**   38:*18*
  39:*16*
**go**   12:*11*   16:*15,*
  17   19:*20, 25*
  24:*6, 15*
**goes**   11:*1*   24:*2,*
  4   34:*13*
**going**   9:*15*
  14:*13*   15:*12*
  16:*15*   20:*21*
  21:*7*   25:*12*
  29:*7*
**Good**   4:*9*   12:*21*
**grades**   12:*21, 22*
**graduated**   12:*15*
**Griffin**   6:*24*
  7:*12*   8:*18*
  31:*24*   32:*1*
**Group**   1:*14*   3:*6*
**guess**   4:*13*
  24:*15, 16*   28:*6*
  32:*21*   33:*13, 21*
  34:*3*   35:*14*
**guys**   29:*4*

< H >
**hand**   38:*18*
**hands**   33:*19*
**happened**   20:*12,*
  21   23:*19*   24:*11*
  25:*20*   27:*13*
  28:*5*   31:*20*
**happening**   20:*16*
  21:*22*   24:*24*
**hard**   11:*10, 11,*
  22   34:*9*
**HATCHER**   1:*2, 5,*
  13   2:*3*   3:*2*
  4:*1, 9*   5:*13*
  6:*1, 3, 3, 9, 9*
  35:*5*   37:*24*
  38:*1, 6, 11*
  39:*3, 7, 13*
**head**   5:*7*
**heard**   12:*4, 7*
  25:*1*   29:*5*
**he'll**   11:*23*
**help**   10:*25*
**here,**   13:*20*
**hereto**   3:*11, 12*
**Hey**   24:*1, 2*
  27:*19*   33:*17*
  34:*12*
**high**   12:*15*
  14:*21*
**highest**   7:*14*
**Highlighted**
  14:*22, 23, 24*

15:*4, 6, 21*
**highly**   12:*6*
**HINOJOSA**   1:*22*
  3:*3*   38:*10*
  39:*10*   40:*15*
**hired**   24:*16*
**Hoch**   6:*10, 10,*
  10, 10, 13*
**Hold**   35:*7*
**home**   6:*5*
**hoping**   35:*15*
**Hospital**   30:*4*
**hours**   3:*5*   23:*24*
**house**   6:*15, 23*
**household**   5:*25*
**hyperactive**   11:*4*

< I >
**idea**   13:*22*
  35:*15*
**identified**   17:*16*
**identify**   6:*7*
  14:*23*
**identity**   38:*13*
**important**   5:*10*
**incarcerated**
  16:*17*   17:*11*
  19:*12, 15, 20*
  22:*9, 11, 13, 18*
  24:*25*   27:*14*
  33:*2*
**incident**   30:*17*
  31:*20*
**incidents**   23:*20*
  25:*2*   30:*4*
**incredibly**   17:*4*
**indicate**   17:*14*
**indicated**   28:*8,*
  21   32:*18*
**information**
  18:*16, 24*
**instrument**   38:*15*
**intention**   29:*3*
**interest**   40:*9*
**interrupted**   6:*20,*
  22
**interviewed**
  26:*20*   30:*21*
**involved**   26:*4*
**isolated**   27:*19*
**isolation**   13:*12,*
  13   16:*20*   33:*1*

< J >
**J.C**   6:*9*
**jail**   13:*4, 10,*
  11   15:*9*   17:*15,*
  22   19:*9, 21*
  21:*8, 9*   22:*6,*
  14   23:*12, 13, 23*
  25:*3*   27:*14, 24*

30:*5*   32:*18, 19,*
  22, 23*   33:*4, 17*
  34:*24*   35:*12, 18,*
  21
**jailhouse**   33:*19*
**jail's**   15:*3, 5*
**Jane**   4:*14*
**Janet**   6:*1*
**JEFFREY**   1:*18*
  4:*11*
**JENNY**   1:*18*   3:*2*
  4:*10*
**John**   4:*14*
**journal**   31:*19*
  32:*3*
**judge**   4:*17*
  6:*22*   7:*6*

< K >
**kid**   12:*12*   33:*9*
**kind**   11:*9*
**kiss**   25:*15*
**Klein's**   7:*3*
**knew**   23:*18, 22*
  33:*11, 11, 13*
**know**   8:*4, 20*
  9:*6*   10:*16, 21,*
  22, 24*   11:*1, 2*
  12:*6*   13:*5, 12,*
  25   14:*21*   17:*7*
  18:*20*   19:*22*
  20:*16, 21*   22:*3,*
  17   23:*11, 14, 17*
  25:*2, 19, 24*
  27:*2, 23, 25*
  28:*8*   29:*1, 4, 5,*
  13, 16, 19, 22, 23,*
  24   32:*10, 14*
  33:*18, 21, 22*
  35:*11, 13, 13, 16,*
  17, 19, 20, 20*
**known**   38:*11*
**knows**   8:*20, 20*
**Kortz**   6:*2*

< L >
**ladies**   20:*23*
  21:*13*
**late**   23:*25*
**Law**   1:*14*   3:*6*
**lawsuit**   4:*14*
  8:*3, 5, 6, 9, 12*
  23:*21*
**layman's**   11:*1*
**legal**   4:*18*   5:*11*
**Leopard**   1:*19*
**let's**   6:*21*
  8:*21*   16:*22*
  19:*23, 24*   24:*5,*
  6

level   7:14
LEXITAS   40:18
line   17:8   37:3
little   31:9
lived   5:16
living   6:4, 17
long   5:16, 21
  7:11, 22   17:5
  31:5
longer   19:4
look   14:11   15:3
looking   15:7
  19:4
looks   15:7
  16:24
loose   14:20
Lorine   5:20
lot   27:2

< M >
M   2:1   4:6
ma'am   6:6   10:9,
  11   14:14   15:11,
  19   16:1, 7
  18:4, 16   19:16,
  19   20:4   22:7,
  21   23:16   24:22
  25:4   26:14
  27:8   30:23
  31:1, 11   35:23
making   12:22
male   13:25
Man   21:8   24:1,
  5   28:13   33:18
  34:12
Margery   6:10
mark   14:15
  16:14
MARKED   14:16
  16:3, 9
matter   17:8
  28:24, 25
mean   8:11, 12
  10:17, 24, 25
  11:8, 9, 20, 20
  12:7, 10   17:13,
  15, 16   22:4
  26:20   27:9
  28:4, 9, 20, 22
  29:1   33:14, 15
  34:2, 7, 18, 23
  35:22, 24
means   12:11
mechanic   8:1
med   21:3
medical   8:22
medicated,   27:20
medication   10:10
  11:5, 9   13:15,
  16, 17   16:21
  19:9   21:2, 4

24:4, 5, 9, 10
  29:7, 23
medications
  10:12, 18, 21
  13:5, 20   17:18
  19:6   29:12, 18
  32:20
meet   30:10
mentioned   16:19
  27:10   31:19
met   23:11
midday-ish   20:19
middle   6:2
minus   5:18
minute   8:21
  15:10   16:10, 12,
  14   17:1, 4
  19:23   24:10
minutes   15:18,
  23, 24, 25   16:4,
  5
missed   16:13
mistakes   5:1
monitor   7:7
month   7:13   31:8
months   5:18
morning   20:19
  24:7, 9, 10
  29:21, 24
mother   7:5
mouth   11:17

< N >
N   1:5, 15   2:1,
  1, 4   3:6   4:6,
  6   40:18
name   4:10   5:11,
  25   9:16   20:9,
  11   22:22   23:2
  25:13   26:18
  30:19   31:12
  37:2   38:14
named   3:12
names   13:24
need   10:19
  13:19   19:7
needed   9:7
  27:19   32:20
negative   21:16
neither   40:3
neurologist   9:20,
  23
Neurosurgeon   9:23
never   12:18
night   24:9
nods   5:7
normally   29:4
NOTARY   38:21
noted   38:3
notes   31:20
  32:4

November   1:5
  3:4   39:8   40:11
NUECES   1:5, 17,
  19   3:7   4:13
  17:14   39:5
number   7:2
  15:3, 5, 15, 22
  16:4, 5, 10, 11
  36:2
numbered   14:19
numbers   14:20
nurse   13:18, 19,
  20, 21   19:5, 8
  26:21

< O >
O   2:1, 1   4:6
oath   38:12
obligation   4:19
observation   9:6
obviously   16:22
  19:8   33:12
occasions   17:20
o'clock   24:7
  29:21
office   38:18
officer   20:23
  21:5   33:16
  39:14
offices   3:6
Oh   6:13   7:8
  24:20   35:8
Okay   5:5, 14, 16,
  19, 21, 24   6:4,
  7, 12, 14, 25
  7:4, 8, 8, 11, 14,
  17, 19, 22, 25
  8:2, 10, 14, 19,
  21, 24   9:2, 4,
  11, 14, 18, 20, 22,
  25   10:6, 6, 12,
  16, 23   11:6, 14,
  16, 20   12:1, 4,
  10, 15, 20   13:2,
  9, 22, 25   14:3,
  6, 10   15:7, 12,
  20   16:2, 8, 15,
  15   17:10, 13
  18:3, 9, 11, 17,
  19   19:3, 10, 14,
  18, 23   20:10, 15,
  20   21:15, 20, 24
  22:8, 11, 25, 25
  23:3, 6, 9, 11,
  14, 17   24:14
  25:6, 8, 8, 25
  26:3, 9, 11, 15,
  19   27:4, 9, 17,
  21, 23   28:1, 6,
  12   29:20   30:9,
  14, 16, 21   31:3,

5, 9, 12, 17, 19
  32:8, 10, 17, 17,
  25   35:2, 5, 25
  36:6, 6, 8
old-ish   9:3
om   20:25
once   28:2
ones   15:6
opened   21:18
opportunity   4:25
ORAL   1:5   3:1
  39:7, 15
outside   6:5

< P >
P   1:5, 5
p.m   3:5, 5
  15:8, 8, 22, 22,
  23, 25   16:3, 5,
  10, 11, 13
PAGE   2:1, 7
  14:20   15:20
  16:8   37:3
  39:24
pages   14:18
panicky   17:22
parent   33:21
parents   8:20
part   3:14
particular   13:3
parties   3:11
  40:5
party   39:21
  40:2
paying   27:1
pediatrician   9:5,
  9
penalty   37:20
people   17:24
  33:3, 20
period   33:11
perjury   37:20
person   3:17
  38:14
personally   38:11
pertinent   27:3
Phillip   5:13
Phone   2:8   14:7,
  12   15:5, 9, 15,
  17, 22   16:4, 5,
  10, 11, 18   17:1,
  9, 14   18:15, 18
  19:1, 10, 11, 24
  27:13, 13   28:11
  35:14, 23, 24
  36:2
physician   10:2
picked   23:23
place   3:13
placed   33:1
pleaded   33:18

Charles Hatcher                                                                                     5

pleadings   12:5
  13:3
please     4:21
  5:12
pled    13:2
PLLC    1:14    3:6
point    17:23
  34:24   35:16
police    20:23
  21:5   33:16
Porterfield   26:16
possible   16:21
  26:24   27:1
possibly   28:5
posted   34:13
potentially   26:12
prescribe   10:10
present    3:16
  4:17
Pretty    5:4
  25:14   29:22
  33:7
preyed    33:5
printout   14:11
Prior    8:2
  23:21   26:7
probably   18:5
  23:4   28:11
proceeding   4:18
program   12:19
pronouncing   18:5
protect    28:18
  33:22
Protection    7:21
proved   38:12
provided   14:10
providing   16:21
PRUITT   1:18
  2:4    4:11
PUBLIC   38:21
purposes   38:16
pursuant    3:8, 13
  39:17
put    11:16
  13:12   15:13
  24:8
putting    7:6
  16:20

< Q >
question   21:6
  28:7
questions   4:16,
  21   5:2   9:14
  21:1   36:7

< R >
R   1:5, 18
raped   25:21

read    4:25
  15:16   32:15
  38:1
reading   9:8
real    11:12
really   8:8
  11:24   16:18
  21:11   27:3
reason   13:9
  25:10   37:3
reasons   39:24
REBECCA   1:22
  3:2   6:10
  38:10   39:10
  40:15
recall    4:22, 23
  14:1   17:5
  18:11   20:18
  21:20, 25   22:7
  23:3   25:4
  26:15, 19   30:2,
  5   35:16
recalling    14:2
receipt   39:22
recollect   17:2
  24:7   34:9
recollection
  19:16   22:9
record    5:10, 12
  15:11, 14, 16
  24:21   36:5
  39:15   40:8
records    2:8
  14:7, 8, 12, 13
  15:4   16:18
  19:24   27:5
  35:14, 23
referral    9:5
referred    9:10
referring    6:25
reflect   17:14
regards    7:8
  12:8
Registration
  40:17
regular   10:7
  33:17
regularly   26:5
relate   11:12
  17:25
related   40:4
relative   40:7
relayed   18:10
released   22:6
  23:19, 25
remember   17:15,
  17   20:17, 25
  25:13   26:1
  27:11   28:15
  31:12   34:9

Remeron   10:14
repeat    4:22
REPORTED   1:22
Reporter   3:3
  5:6   39:11
REPORTER'S   39:5
represent   15:2
  24:16
representing   4:13
requested   39:20
  40:1
required   13:5
reserve   36:8
resided   5:21
residence   20:6
resides   5:25
residing   6:15
  7:11
respective   3:11
result   7:4, 6
retired   6:24
returned   39:22,
  23
Rick   22:21, 24
  34:9, 11, 11, 15
riding   12:13
right    4:9   8:14
  12:1, 17, 23, 25
  13:7   15:18, 25
  18:6   20:5
  24:5   25:17
  28:25   29:2, 9
  30:1, 22   33:13
  36:6
Ritalin   10:14
Room   1:19
rude   33:20
Rule   39:18
Rules    3:8

< S >
S   1:5   2:1
Sands   20:8, 9
SANE   21:14
  24:13   26:2, 12
saying   30:24
says   15:11   17:1
scared   34:22
schedule   10:7
school   12:11, 16,
  21, 22
seal   38:18
second   23:5, 8
  35:17
see   11:2   15:14
  16:2, 23   26:2,
  5   28:10
seeing    9:12
  30:20
seen   13:1
  23:13   27:5

sense   34:23
  35:1, 3, 4
sent   21:3
September   15:8,
  14   16:2, 9   27:6
served   14:4
session   31:8
set   35:5, 12
seven    9:3, 3
sexual   20:1
sexually   26:13
sheriff   6:24
shit   33:21
shocked   29:1
shoes   12:14
short   17:7
Shorthand   3:3
  39:11
shortly   30:13
showed   15:5
showing   15:9
shows   16:7
sic   18:1
side   20:8
signal   17:3
SIGNATURE   37:1
  38:2   39:18, 24
sir   30:7
sit   11:23
situation   27:3
skinny   33:9
sleep   29:22
Slovich   6:9
social   12:12
  26:16, 21
somebody   20:15
somewhat   10:23
son   6:2, 2
  13:5   17:11, 22
  18:1   19:8, 11
  20:24   21:3
  22:17   28:18
  34:4   35:10
sons   20:24
sooner   34:6
sorry   18:5
  24:22   35:8
sort   25:2   29:14
sound   17:4   27:6
SOUTHERN   1:1
  39:1
specific   10:17
  17:17, 21   23:15,
  15   30:5
Specifically
  10:21   22:16
specifics   17:15
  27:11
Sprint   14:11
staff   26:21
stands   10:24

Charles Hatcher                                                    6

| | | | |
|---|---|---|---|
| start    11:23 | taken    3:2, 13, | thought    29:15 | turning    16:8 |
| 32:14 | 15   22:3   40:6 | 33:5 | Twice    26:6, 8, 9 |
| started    12:18 | talk    8:13, 21 | three    15:25 | two    15:17, 24 |
| 31:6 | 13:18   16:16 | 16:4   22:10 | 16:2, 5, 9 |
| State    3:4    5:11 | 17:2   19:11, 14 | tied    33:19 | 20:23   21:13, 13 |
| 11:7   22:15 | 21:17, 18, 19 | time    3:13   20:5, | 22:10   32:19 |
| 27:19   38:8, 22 | 22:16, 19   24:6, | 13, 18   21:17 | tying    12:14 |
| 39:11 | 23   34:12 | 22:4, 11   23:10, | type    11:12 |
| stated    19:2, 9 | talked    8:3, 4, 8, | 18, 22   24:23 | 12:12, 14    33:3 |
| 29:11 | 10   13:22   17:19 | 30:15   33:23 | |
| STATES    1:1 | 19:5   21:5 | timeline    35:6, 12 | < U > |
| 15:19   16:1 | 22:12   25:10 | times    16:24, 24 | Uh-huh    7:10 |
| 39:1 | 27:12   28:2, 3 | 23:15   35:21 | 20:2   24:18 |
| status    34:8 | 32:17, 22, 23 | today    4:12    8:2, | 26:10   29:2 |
| stay    6:23   34:16 | 34:16 | 5   14:3, 7 | 31:16   32:2 |
| stayed    6:23 | Talking    13:2 | toddler    9:2 | 33:24 |
| 21:12 | 24:14, 15   26:15, | told    10:19 | uh-huhs    5:8 |
| staying    31:21 | 19   27:10   28:25 | 13:13, 15, 17, 19 | uncle    31:22 |
| Ste    40:18 | 29:14 | 17:17   18:12, 22 | understand    4:21 |
| step    19:23 | tell    4:3, 19 | 19:6   21:6 | 5:3, 4   34:18 |
| stipulated    3:10 | 5:24   20:21 | 23:13   24:12 | understanding |
| stipulations    3:8 | 24:11   25:1 | 25:6, 12, 14 | 12:1 |
| stories    11:12 | 28:2   34:15 | 29:21   33:16 | understood    32:21 |
| story    11:9, 19 | 35:19 | 34:8 | UNITED    1:1    39:1 |
| 24:12 | telling    11:9, 19 | topic    29:13 | Upper    40:18 |
| Street    1:19 | 22:5   23:17 | total    16:23 | |
| 20:8, 9 | 25:4   29:10, 15 | touch    16:17 | < V > |
| stuff    11:13 | 34:14 | to-wit    3:9 | verbally    5:7 |
| 12:13, 14   21:2 | tells    12:23 | transcript    39:14, | visit    19:21 |
| 25:5   27:2 | ten    5:23   15:23 | 23 | voice    14:1 |
| 28:14   32:15 | tends    29:12 | transcripts    13:1 | VS    1:4    39:4 |
| subpoena    14:4 | term    12:7 | treat    10:22 | |
| subscribed    38:14 | terminology    12:4 | treating    10:4, 6 | < W > |
| 40:10 | terms    11:1 | TREYNOR    1:2, 13 | waited    23:23 |
| subsequent    28:1, | testified    4:4 | 6:3, 14    8:21, | 24:10 |
| 11 | 29:11 | 22   10:12   11:2 | walk    15:12 |
| Suite    1:15    3:7 | testifying    3:17 | 19:14, 25   21:17 | want    11:16 |
| supposed    10:18 | 4:18 | 22:3, 8, 12 | 16:16, 17   24:15 |
| 19:5   33:10 | testimony    39:15 | 23:12, 19   24:15, | 32:15   34:20 |
| sure    7:2    9:1, | 40:6 | 17, 24    25:1, 9 | wanted    29:6 |
| 10, 19, 21   10:1, | TEXAS    1:1, 5, 15, | 26:11   27:14 | 34:16 |
| 5, 15   11:7 | 17, 20   3:4, 7 | 28:21   30:4, 9 | way    11:10   29:1 |
| 13:21   16:25 | 5:20   39:1, 5, | 31:19   33:1 | week    15:6 |
| 17:6, 21   18:7, | 11   40:19 | 34:19   35:12 | Weekly    31:4 |
| 13, 18, 19, 21, 25 | there,    24:11 | 39:3, 7 | We'll    24:14 |
| 19:1   20:8, 11 | 34:16 | Treynor's    12:5 | 36:8 |
| 23:4, 10   26:4, | therefor    39:25 | trial    3:15 | went    18:20 |
| 18   27:10   28:16, | thereof    3:15 | trouble    12:13 | 23:1   34:11 |
| 19   29:7   30:15, | thing    5:5 | 31:7 | we're    4:12    8:5 |
| 18 | 11:25   28:21 | true    29:16 | weren't    34:6 |
| sworn    4:2 | things    29:5 | 37:22   38:3 | 35:9 |
| 39:14   40:10 | 32:19   34:25 | 39:15 | Wesley    6:13, 13 |
| | think    6:11    8:6 | truth    4:3, 3, 4, | we've    16:22 |
| < T > | 9:8   12:5 | 19, 20, 20 | 35:13 |
| T    2:1, 1, 4 | 14:18, 19, 19 | truthfully    4:16 | why,    34:15 |
| 4:6 | 21:25   22:21 | trying    17:23 | wife    6:1    8:10 |
| Tabitha    6:10 | 25:10, 23   31:24 | 28:6, 7, 14, 17 | wiry    23:25 |
| take    10:13, 19 | 32:25   35:19 | 33:22   35:5, 11 | wit    4:4 |
| 21:7, 8, 10 | Thirty    5:18 | turned    14:17 | WITNESS    3:1, 12, |
| 25:12, 12, 14 | 7:24 | 33:23 | 16    4:2   37:2, |
| 30:10   32:20 | | | |

24    39:13, 16
woke    24:8
wording    18:8
words    11:16
work    7:19    20:12
worker    26:16, 21
working    7:22
world    11:12
worry    19:7
wouldn't    6:23
 21:19    27:11
 35:3
write    13:24
 28:14
writing    32:15
wrong    12:2
wrote    32:6

< X >
X    2:1, 4, 4    4:6

< Y >
Y    2:1
y'all    24:25
Yeah    8:15
 11:16    18:10
 22:20    25:7
 33:8    34:13
year    12:16
 31:9, 10
years    5:18, 23
 6:18, 21    7:24
 9:3
young    9:13
younger    20:3
youngest    6:1, 2
 21:3

```
 1                  IN THE UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF TEXAS
 2                        CORPUS CHRISTI DIVISION

 3    TREYNOR HATCHER                    *
                                         *
 4    VS.                                *   CA NO. 2:17-CV-155
                                         *
 5    NUECES COUNTY, TEXAS, et al. *

 6
                            REPORTER'S CERTIFICATE
 7                  ORAL DEPOSITION OF TREYNOR HATCHER

 8                        November 16, 2017

 9

10                  I, REBECCA A. HINOJOSA, a Certified

11    Shorthand Reporter in and for the State of Texas,

12    hereby certify to the following:

13                  That the witness, CHARLES HATCHER, was

14    duly sworn by the officer and that the transcript of

15    the oral deposition is a true record of the testimony

16    given by the witness;

17                  I further certify that pursuant to FRCP

18    Rule 30(f)(1) that the signature of the deponent:

19

20                  ____ was requested by the deponent

21    or a party before the completion of the deposition and

22    returned within 30 days from date of receipt of the

23    transcript.  If returned, the attached Changes and

24    Signature Page contains any changes and the reasons

25    therefor:
```

Charles Hatcher                                                    40

1            ____ was not requested by the deponent or

2    a party before the completion of the deposition.

3            I further certify that I am neither

4    attorney nor counsel for, related to, nor employed by

5    any of the parties to the action in which this

6    testimony was taken.

7            Further, I am not a relative or employee

8    of any attorney of record in this cause, nor do I have

9    a financial interest in the action.

10           Subscribed and sworn to on the the 30th

11   day of November, 2017.

12

13

14

15   _____
     REBECCA A. HINOJOSA, CSR
16   Certification No.: 3937
     Expiration Date: 12/31/2018
17   Firm Registration No. 644

18   LEXITAS
     615 N. Upper Broadway, Ste. 1450
19   Corpus Christi, Texas 78401

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CHANGES AND SIGNATURE

WITNESS NAME:                    DATE OF DEPOSITION

PAGE     LINE      CHANGE FROM/CHANGE TO     REASON

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

          I declare under penalty of perjury
that the foregoing is true and correct.


                    _____
                    CHARLES HATCHER, Witness
                    Deposition date:  11/16/17

1    I, CHARLES HATCHER, have read the foregoing

2  deposition and hereby affix my signature that same is

3  true and correct, except as noted above.

4

5

6                              _____

7                              CHARLES HATCHER

8  THE STATE OF _____ )
   COUNTY OF _____ )
9

10           Before me, REBECCA A. HINOJOSA, on this

11  day personally appeared CHARLES HATCHER, known to me

12  (or proved to me under oath or through _____

13  (description of identity card or other document) to be

14  the person whose name is subscribed to the foregoing

15  instrument and acknowledged to me that they executed

16  the same for the purposes and consideration therein

17  expressed.

18           Given under my hand and seal of office

19  _____ day of _____, 2017.

20

21                              _____

22                              NOTARY PUBLIC IN AND FOR
                                THE STATE OF _____
23                              MY COMMISSION EXPIRES: _____

24

25