## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | |
|---|---|
| **TREYNOR HATCHER** § | |
| § | **CIVIL ACTION NO. 2:17-cv-155** |
| **v.** § | **JURY TRIAL** |
| § | |
| **NUECES COUNTY, TEXAS** § | |

## ORDER DENYING
## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On this date, came on to be heard *Nueces County's Motion for Summary Judgment* and *Defendant County's Motion for Summary Judgment*. Having considered those pleadings, it appears to this Court that *Nueces County's Motion for Summary Judgment* should be DENIED.

IT IS, THEREFORE, ORDERED that *Nueces County's Motion for Summary Judgment* is DENIED.

Dated _____, 2018.

_____
HAYDEN HEAD
SENIOR U.S. DISTRICT JUDGE