United States District Court
Southern District of Texas
**ENTERED**
March 07, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CHARLES HATCHER, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 2:17-CV-00155 |
| § | |
| NUECES COUNTY, TEXAS, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT

The record establishes fact issues on each element of Plaintiff's claim. Defendant's Motion for Summary Judgment is denied.

SIGNED this 7th day of March, 2018.

*[signature]*
Hayden W. Head, Jr.
Senior United States District Judge